AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

ZAK ARCHITECTURAL METAL & GLASS, LLC
371 East 22nd Street
Paterson, NJ 07514

CASE

Case: 1:08-cv-00968
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/5/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

ZAK ARCHITECTURAL METAL & GLASS LLC
371 East 22nd Street
Paterson, NJ 07514

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN - 5 2008

CLERK                                              DATE

(By) DEPUTY CLERK

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND AND GARY J. MEYERS**
*Plaintiff*

vs.

**ZAK ARCHITECTURAL METAL & GLASS LLC**
*Defendant*

**UNITED STATES DISTRICT COUR**
District of Columbia
Docket / Index # 1:08-cv-00968

# AFFIDAVIT

**Person to be served:**
*Zak Architectural Metal & Glass LLC at: Zak Architectural Metal & Glass LLC, 371 East 22nd Street, Paterson, NJ 07514*

**Attorney:**

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**

Served Successfully __X__   Not Served _____

Date: July 8, 2008   Time: 2:42 PM

Attempts: 0

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

**Name of Person Served and Relationship / Title:**

Michael Zak, Owner of Company

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: **Male**  Age: **44**  Height: **5' 11"**  Weight: **170-180 lbs**  Skin Color: **Caucasian**  Hair Color: **Black**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
__15__ day of __Nov__ 2008

Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Manuel Fontes**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Manuel Fontes, Process Server

Legal Errands Inc
PO Box 24866
Philadelphia, PA 19130

Job #23739
Affidavit of Service (9/30/02)