IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>GARY J. MEYERS, in his official capacity as a fiduciary,<br><br>                    Plaintiffs<br>v.<br><br>ZAK ARCHITECTURAL METAL & GLASS LLC<br>a/k/a ZAK ARCHITECTURAL METAL AND GLASS<br>a/k/a ZAK ARCHITECTURAL METAL & GLASS<br>                    Defendant. | CIVIL ACTION NO.<br>1:08-cv-968 (RMU) |

REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Zak Architectural Metal & Glass LLC a/k/a Zak Architectural Metal & Glass a/k/a Zak Architectural Metal and Glass ("Company" or "Defendant"), 371 East 22nd Street, Paterson, NJ 07514 for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                              BY:/s/      Kent Cprek
                              KENT CPREK
                              Bar No. 478231
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street, Independence Square
                              Philadelphia, PA 19106-3683
                              (215) 351-0615
Date: August 5, 2008          Attorney for Plaintiff

                              OF COUNSEL:
                              JENNIFER L. HOPE
                              Jennings Sigmond, P.C.
                              510 Walnut Street, Suite 1600
                              Philadelphia, PA 19106
                              (215) 351-0617

190236-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>GARY J. MEYERS, in his official capacity as a fiduciary,<br><br>                    Plaintiffs<br>          v.<br><br>ZAK ARCHITECTURAL METAL & GLASS LLC<br>a/k/a ZAK ARCHITECTURAL METAL AND GLASS<br>a/k/a ZAK ARCHITECTURAL METAL & GLASS<br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   1:08-cv-968 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KENT CPREK, ESQUIRE
### FOR ENTRY OF DEFAULT

KENT CPREK, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Zak Architectural Metal & Glass LLC a/k/a Zak Architectural Metal & Glass a/k/a Zak Architectural Metal and Glass ("Defendant") on July 8, 2008, by Manuel Fontes, Process Server, who served Michael Zak, Owner, at 371 East 22nd Street, Paterson, NJ 07514. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a company, Dewayne is not in the military service. Braitwaite is also not in the military service.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/     Kent Cprek
KENT CPREK, ESQUIRE

Date: August 5, 2008
190236-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Zak Architectural Metal & Glass LLC
> a/k/a Zak Architectural Metal & Glass
> a/k/a Zak Architectural Metal and Glass
> 371 East 22nd Street
> Paterson, NJ 07514

/s/    Kent Cprek
KENT CPREK, ESQUIRE

Date: August 5, 2008

198025-1