Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND, ET AL

    Plaintiff(s)

V.

    Civil Action No.  08-968 RMU

ZAK ARCHITECTURAL METAL & GLASS
LLC

    Defendant(s)

RE: ZAK ARCHITECTURAL METAL & GLASS LLC, also known as ZAK ARCHITECTURAL METAL AND GLASS, also known as ZAK ARCHITECTURAL METAL & GLASS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 8, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     N. Wilkens
    Deputy Clerk